# Exhibit A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director



**Registration Number**

**TX 8-837-806**

**Effective Date of Registration:**
February 14, 2020

**Registration Decision Date:**
February 14, 2020

---

## Title

**Title of Work:** The Moonshine Still Guide

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** May 01, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** Moonshine Stills LLC
  **Author Created:** text
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Moonshine Stills LLC
300 Colonial Center Parkway, Suite 100N, Roswell, GA, 30076

## Certification

**Name:** Joshua Saltz
**Date:** February 14, 2020
**Applicant's Tracking Number:** MSC.001USC

---

**Correspondence:** Yes